Argued and submitted November 16, affirmed December 13, 2000

JOSEPH SCHOOL DISTRICT NO. 6,
a duly sworn organized school district
under Oregon law,
*Appellant,*

*v.*

JOSEPH EDUCATION ASSOCIATION,
Oregon Education Association,
and Robert Emminger,
*Respondents.*

(98-10-11477; CA A105950)

15 P3d 625

Raymond S. Baum argued the cause for appellant. With him on the briefs was Mautz Baum & O'Hanlon, LLP.

Thomas K. Doyle argued the cause for respondents. With him on the brief was Smith, Gamson, Diamond & Olney.

Before Haselton, Presiding Judge, and Wollheim and Kistler, Judges.

PER CURIAM

Affirmed. *Ahern v. OPEU*, 329 Or 428, 988 P2d 364 (1999).